**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DESTINEI MOORE**                                                                                          **PLAINTIFF**

**v.**                              **Case No. 3:16-cv-00185 KGB/JTK**

**SUSAN COX**                                                                                              **DEFENDANT**

## ORDER

The Court has received Proposed Findings and Recommendations from Magistrate Judge Jerome T. Kearney (Dkt. No. 6). Plaintiff Destinei Moore has not filed objections to the Proposed Findings and Recommendations, and the time to do so has passed. After carefully considering the Proposed Findings and Recommendations, the Court adopts them in their entirety.

It is so ordered that:

1. Ms. Moore's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 2).

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

So ordered this 1st day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge